IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| LINCOLN C. DAVIS, ) | |
| ) | Bankruptcy No. 13-00168 |
| Debtor(s). ) | |

## ORDER RE MOTION TO CHANGE VENUE

The Court has reviewed Debtor(s)' Motion to Change Venue from the Northern District of Iowa, Cedar Rapids Division to the Southern District of Iowa. After review, the Court concludes that the Motion should be granted.

**WHEREFORE**, the Motion to Change Venue from the Northern District of Iowa to the Southern District of Iowa is GRANTED.

DATED AND ENTERED   April 8, 2013

THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE